**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 2:13-bk-56383 |
| Bruce E Atkinson } | |
| Lori A Atkinson } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

Debtor's Social Security Number:          xxx-xx-5949
Joint Debtor's Social Security Number:    xxx-xx-7541

Our Former Mailing Address was:

Name:          Bruce E Atkinson and Lori A Atkinson

Street:        348 Wyncroft Court

City,State,Zip:   Pataskala, OH 43062-7349


**Please be advised that effective August 1, 2016,
our new mailing address is:**

Name:          **Bruce E Atkinson and Lori A Atkinson**

Street:        **P. O. Box 533**

City,State,Zip:   **Blacklick, OH 43004-0533**


/s/ Bruce E. Atkinson
**Debtor**

Lori A. Atkinson
**Joint Debtor**